THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

D.S., a minor, by his mother, D.L., for himself,

                Plaintiffs,                **ORDER**

vs.

                Court File No. 02-908 (JEL/JGL)

Minneapolis Public Schools, Special School District No. 1, and Donald H. Hanson,

                Defendants.

---

The above-entitled matter came on for approval of settlement in the above matter on behalf of Plaintiff, a minor, on December 9, 2003.

Plaintiff appeared with his mother, and accompanied by counsel, Marshall H. Tanick of the law firm of **MANSFIELD, TANICK & COHEN, P.A.** Defendant, Minneapolis Public Schools, Special School District No. 1, was represented by Nell E. Mathews of the law firm of **RIDER BENNETT, LLP.**

It is hereby ordered as follows:

1. Special School District No. 1 shall pay $10,000 in full and complete settlement of all claims asserted against it in this lawsuit.

2. Payment shall be made as follows:

   a. Payment of $4,500 to D.L., the mother of Plaintiff. The money shall be placed in a checking account in a financial institution in the Twin Cities area, and the funds shall only be used for payment of reasonable and necessary expenses on behalf of D.S. A record of all transactions shall be maintained by her and shall be subject to such inspection as may be requested by the Court.

   b. $1,500 shall be paid directly to Joyce Juster.

1074122-1

FILED      **JAN 1 6 2004**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED   **JAN 1 6 2004**
DEPUTY CLERK'S INITIALS

c.  The balance of $4,000 shall be paid to the law firm of **MANSFIELD, TANICK & COHEN, P.A.** for reimbursement of attorney's fees and costs.

d.  Plaintiff shall indemnify, defend and hold harmless Minneapolis Public Schools, Special School District No. 1 from any and all claims, demands or liabilities on behalf of Defendant Donald Hanson or any other person against the School District arising out of any of the matters in this lawsuit.

e.  The minor Plaintiff by his mother shall execute the Release in this matter.

f.  All claims by Plaintiff against the Defendant Special School District No. 1 are hereby dismissed, on the merits, with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-15-04

BY THE COURT:

~~Jonathan G. Lebedoff~~ John N. Erickson
~~Magistrate~~ Judge of U.S. District Court